IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DENNIS EARL GHOLSTON, SR.,** : <br> Petitioner : <br> : <br> v. : <br> : <br> **WARDEN OF** : <br> **SCI-CAMP HILL,** *et al.*, : <br> Respondents : | No. 1:22-cv-875 <br><br> (Judge Rambo) |

## ORDER

**AND NOW**, on this 26th day of March 2024, upon consideration of *pro se* Petitioner Dennis Earl Gholston, Sr. ("Petitioner")'s petition for writ of habeas corpus (Doc. No. 1) and for the reasons set forth in the accompanying memorandum, **IT IS ORDERED THAT**:

1. Petitioner's petition for writ of habeas corpus (Doc. No. 1) is **DISMISSED WITH PREJUDICE**;

2. A certificate of appealability will not issue because jurists of reason would not debate the correctness of this procedural ruling. *Slack v. McDaniel*, 529 U.S. 473, 484 (2000); and

3. The Clerk of Court is directed to **CLOSE** this case.

 s/ Sylvia H. Rambo<br>
United States District Judge